1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200

7 | Fax: (415) 436-7234
E-Mail: kathryn.haun@usdoj.gov

8

Attorneys for United States

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR-11-00416 SBA
                                     )
14 |         Plaintiff,               )   STIPULATED REQUEST TO SET
                                     )   CHANGE OF PLEA AND SENTENCING
15 |     v.                           )   ON SEPTEMBER 11, 2012 AND TO
                                     )   EXCLUDE TIME UNDER THE SPEEDY
16 | JOSEPH COOMBS,                   )   TRIAL ACT
        a/k/a "Gumby"                )
17 |                                  )   Date:    May 1, 2012
            Defendant.               )   Time:    10:00 a.m.
18 | _____ )   Court:   Hon. Saundra Brown
                                              Armstrong

19

The above-captioned matter is set on May 1, 2012 before this Court for a status hearing.

20

The parties request that this Court vacate that date and set this matter for change of plea and

21

sentencing on September 11, 2012 at 10:00 a.m., and that the Court exclude time under the

22

Speedy Trial Act between the date of this stipulation and September 11, 2012.

23

The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

24

of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

25

as this stipulation. To allow time for the Court to consider the proposed plea agreement and for

26

the preparation of a Presentence Investigation Report by the United States Probation Office, the

27

parties request that this matter be set on September 11, 2012 at 10:00 a.m. for change of plea

28

and sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 11, 2012 & TO EXCLUDE TIME
No. CR-11-00416 SBA

that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between May 1, 2012 and September 11, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: April 30, 2012

_____/s/_____        _____/s/_____
KATHRYN R. HAUN                        ELLEN LEONIDA
Assistant United States Attorney       Counsel for Defendant

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00416 SBA |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON SEPTEMBER 11, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| JOSEPH COOMBS, a/k/a "Gumby" | ) ) | |
| Defendant. | ) ) ) | Date:  May 1, 2012<br>Time:  10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the May 1, 2012 status hearing be vacated and that this matter be set for change of plea and sentencing on September 11, 2012 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between May 1, 2012 and September 11, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on September 11, 2012 at 10:00 a.m., and that time between May 1, 2012 and September 11, 2012

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 11, 2012 & TO EXCLUDE TIME
No. CR-11-00416 SBA

1  is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G),
2  for consideration by the Court of a proposed plea agreement to be entered into by the defendant
3  and the attorney for the government.
4      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
5  Presentence Investigation Report.

7  DATED:_5/2/12                                                                                     _____
8                                                                                         HON. SAUNDRA BROWN ARMSTRONG
                                                                                       United States District Judge