FILED
APR 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-416-SBA-1 |
| Plaintiff, | **ORDER FOR RELEASE FROM FEDERAL CUSTODY** |
| v. | |
| JOSEPH COOMBS, | |
| Defendant. | |

The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant and the defendant is ordered to report to Turning Point, located in, Santa Rosa, CA, by 11:00 a.m., on April 27, 2018, to participate in a residential substance abuse treatment program for a period of four months, at the discretion of the Probation Office.

This matter is set for a status hearing on June 28, 2018, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 26, 2018

_____
KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE